IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| CYRILL A. KOLOCOTRONIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 08-4061-CV-C-SOW |
| ) | |
| RICHARD DOISY, M.D., ) | |
| ) | |
| Defendant. ) | |

## ORDER

On May 14, 2008, United States Magistrate Judge William A. Knox recommended dismissing plaintiff's claims. The parties were advised they could file written exceptions to the recommendation, pursuant to 28 U.S.C. § 636(b)(1)(C). No exceptions have been filed.

A review of the record convinces the court that the recommendation of the Magistrate Judge is correct and should be adopted.

IT IS, THEREFORE, ORDERED that the Report and Recommendation of May 14, 2008, is adopted. [4] It is further

ORDERED that plaintiff is denied leave to proceed in forma pauperis and his claims are dismissed, pursuant to 28 U.S.C. § 1915 and the general order In re Cyrill Athanasios Kolocotronis (W.D. Mo. March 18, 2008).

/s/Scott O. Wright
SCOTT O. WRIGHT
Senior United States District Judge

Dated: June 16, 2008